

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**Thomas G. Bruton**
CLERK

November 23, 2015

**Minnesota District Court**

Rich Sletten, Clerk of Court

United States Courthouse

300 South Fourth Street, Suite 202

Minneapolis, MN 55415

**RE:** Rajchenbach et al v. MidCountry Bank

Case No: **1:15-cv-09179**

Dear Clerk:

Pursuant to the order entered by Honorable Charles R. Norgle, on 11/6/2015, the above record

■    was electronically transmitted to: The USDC for the District of Minnesota at St. Paul, Minnesota.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                                           Sincerely yours,

                                                           Thomas G. Bruton, Clerk

                                                           By:    /s/ Melissa Rivera
                                                                          Deputy Clerk

Enclosures

New Case No. _____     Date _____

cc:     Non-ECF Attorneys and Pro se Parties