UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Jack Rajchenbach, et al.,                    File No. 15-CV-4193 (SRN/TNL)

        Plaintiffs,

v.                                           **AMENDED ORDER
                                             CONSOLIDATING CASES**

MidCountry Bank, et al.,

        Defendants.
_____

MidCountry Bank,

                                     File No. 15-CV-3683 (SRN/TNL)

        Plaintiff,

v.

Jack Rajchenbach, et al.,

        Defendants.
_____

Daniel N. Moak and Justin P. Weinberg, Briggs & Morgan, P.A., 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402 for MidCountry Bank.

Benjamin W. Hulse and Emily Ambrose, Blackwell Burke P.A., 431 South Seventh Street, Suite 2500, Minneapolis, MN 55415; Christopher G. Dean, McDonald Hopkins LLC, 600 Superior Avenue East, Suite 2100, Cleveland, OH 44114; and David A. Agay and Micah E. Marcus, McDonald Hopkins LLC, 300 N. LaSalle Street, Suite 2100, Chicago IL 60654 for Jack Rajchenbach, Chaim Rajchenbach, and Robert Hartman.

Douglas S. Knott, Leib Knott Gaynor LLC, 219 N. Milwaukee, Suite 710, Milwaukee, WI 53202, John P. Loringer, Wilson Elser Moskowitz Edelman & Dicker, 740 N. Plankinton Avenue, Suite 600, Milwaukee, WI 53203; Marc L. Bogutz, and William F. McDevitt, Wilson Elser Moskowitz Edelman & Dicker, Two Commerce Square, Suite 3100, 2001 Market Street, Philadelphia PA 19103 for Avraham D. Kutoff.

SUSAN RICHARD NELSON, United States District Court

This matter is before the Court on issues related to the consolidation of the two above-listed cases. On January 8, 2016, the Court issued an Order[1] consolidating the cases, based on a stipulation filed by counsel. However, since that time, the Court has been made aware that some counsel are listed in the record of one case and not in the other, and therefore are not sufficiently noticed of relevant filings. Accordingly, the Court issues this amended Order consolidating the two cases to cure deficiencies in the consolidation.

Accordingly, **IT IS HEREBY ORDERED** that:

(1) The Clerk of Court is to consolidate the above cases for all purposes including pre-trial proceedings and trial, into one action before Judge Susan Richard Nelson and Magistrate Judge Tony N. Leung;

(2) The Clerk of Court is directed to add the parties and their attorneys from case no. 15-cv-4193 to the docket of case no. 15-cv-3683. As of the date of this Order, all documents will be filed in case no. 15-cv-3683. The Clerk is directed to close case no. 15-cv-4193 and to merge all documents filed in that case thus far into case no. 15-cv-3683.

Dated: May 11, 2016           s/Susan Richard Nelson
                                          SUSAN RICHARD NELSON
                                          United States District Judge

---

[1] Doc. No. 43 in 15cv3683 (SRN/TNL) and Doc. No. 36 in 15cv4193 (SRN/TNL).